

FILED
CLERK, U.S. DISTRICT COURT
07/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY_____GSA_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**JS 44 – Civil Cover Sheet**

2:25-cv-06694-PA-PD

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Plaintiff: André De'Sean Wicker**

**Defendants:**

**CLEARVIEW REAL ESTATE LLC; SELECT PORTFOLIO SERVICING INC.;**

**NDS NATIONAL DEFAULT SERVICING, Rikka Fountain, BUCHALTER,**

**Adeline Tungate, Jessica Brownsell; Jonathan Evans; Alison Gray; Jennifer**

**Gerard; Riverside County District Attorney; et al.**

---

**I. BASIS OF JURISDICTION**

☑ **Federal Question (U.S. Government not a party)**

---

**II. CITIZENSHIP OF PRINCIPAL PARTIES**

(Plaintiff and defendants all reside in California; actions cross state and federal jurisdictional lines due to federal claims and constitutional redress.)

_____

## III. NATURE OF SUIT

☑ **440 Civil Rights – Other**

☑ **375 False Claims**

☑ **890 Treaty Rights**

☑ **360 Other Personal Injury**

_____

## IV. CAUSE OF ACTION

**42 U.S.C. § 1983 – Civil Rights**

**ADA Violations**

**Fifth and Fourteenth Amendment Due Process**

**Violation of Treaty Obligations**

**Fraudulent Seizure, Conversion, and Registry Manipulation**

## V. REQUESTED RELIEF

- **Declaratory relief**

- **Injunctive relief**

- **Return of seized property**

- **Damages for wrongful detention, conversion, emotional distress, and civil rights violations**

- **Immediate protective orders for future filings and possession evidence**