**AO 240 – Application to Proceed in District Court Without Prepaying Fees or Costs**

2:25-cv-06694-PA-PD



FILED
CLERK, U.S. DISTRICT COURT
07/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY_____GSA_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Plaintiff: André De'Sean Wicker**

**Defendants: CLEARVIEW REAL ESTATE HOLDINGS, LLC; SELECT PORTFOLIO SERVICING INC.; Jessica Brownsell; Jonathan Evans; Alison Gray; Jennifer Gerard; Riverside County District Attorney; and others.**

**Case No.:**

_____

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**

I am the plaintiff in this case and declare that I am unable to pay the costs of these proceedings. I request to proceed without prepayment of fees. I believe I am entitled to the relief requested.

_____

**1. Are you currently incarcerated?**

☑ **No**

**2. Do you have dependents?**

☑ **Yes**

**3. Total Monthly Income:**

**$0 (Systemic displacement due to wrongful property seizure and medical hardship)**

**Medical recipient**

**4. Assets:**

**None. Property and contents were unlawfully removed or seized.**

**5. Monthly Expenses or Debts:**

- **Survival expenses**
- **Communication and medical costs**
- **Legal filing and document printing**

**6. Other Circumstances:**

**I am seeking redress for constitutional violations, loss of home, and the destruction or seizure of property and records through fraud and coercion.**

**I declare under penalty of perjury that the above information is true and correct.**

**Date: _____**

**Signature: _____**

**Name: André De'Sean Wicker**